UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Ronnie Hemphill, | ) | C/A No. 5:16-cv-00104-TLW-KDW |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Officer Cramer; Officer Lewis; Officer Brevard; Sergeants, and Medical Staff, | ) | |
| Defendants. | ) | |

This is a civil action filed by a local prisoner. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By Orders dated February 23 and March 22, 2016, Plaintiff was given a specific time frame in which to bring this case into proper form. ECF Nos. 7, 13. Plaintiff has complied with the court's Orders and this case is now in proper form.

TO THE CLERK OF COURT:

This case is subject to summary dismissal based on an initial screening conducted pursuant to 28 U.S.C. § 1915 and/or 28 U.S.C. § 1915A. Therefore, the Clerk of Court shall **_not_** issue a summons nor shall the Clerk of Court forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

Kaymani D. West

April 25, 2016
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge