IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Ronnie Hemphill, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C/A No.: 5:16-cv-00104-TLW |
| v. | ) | |
| | ) | |
| Officer Cramer; Officer Lewis; Officer | ) | **ORDER** |
| Bernard'/Sargent; and Medical Staff, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Ronnie Hemphill, proceeding *pro se*, filed this action on January 12, 2016. ECF No. 1. This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed on April 26, 2016, by United States Magistrate Judge Kaymani D. West, to whom this case was previously assigned pursuant to 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2)(e), D.S.C. In the Report, the Magistrate Judge recommends that the Court dismiss the Complaint without prejudice. ECF No. 20. The deadline to file objections was May 16, 2016. Plaintiff failed to file Objections to the Report. This matter is now ripe for disposition.

The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained therein. 28 U.S.C. § 636. However, in the absence of objections to the Report, the Court is not required to give any explanation for adopting the Magistrate Judge's recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983). In such a case, "a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory

committee's note).

In light of this standard, the Court has carefully reviewed the Report, the relevant filings, and the applicable law and notes that Plaintiff has not filed objections to the Report. After careful consideration, the Court accepts the detailed factual and legal analysis by the Magistrate Judge in the Report. It is hereby **ORDERED** that the Report, ECF No. 20, is **ACCEPTED**. For the reasons articulated by the Magistrate Judge, the Plaintiff's Complaint, ECF No. 1, is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
TERRY L. WOOTEN
Chief United States District Judge

March 17, 2017
Columbia, South Carolina